IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| | :   MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : |
| PREMPRO PRODUCTS LIABILITY | : |
| LITIGATION | :   ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2011.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

1

EXHIBIT A

4:04-cv-01717-BRW  Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW  Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW  Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW  Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW  Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW  Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW  Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW  Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW  Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW  Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW  Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW  Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW  Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW  Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW  Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW  Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW  Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW  Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW  Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW  Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW  Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW  Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW  Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW  Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW  Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW  Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW  Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW  Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW  Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW  Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW  Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW  Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW  Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW  Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW  Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW  Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW  Israel v. Wyeth, et al
4:05-cv-00355-BRW  Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW  Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW  Sarmiento et al v. Wyeth Pharmaceuticals Inc et al


4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al

| Case Number | Case Name |
|---|---|
| 4:05-cv-01897-BRW | Hoen v. Wyeth et al |
| 4:05-cv-01925-BRW | Williams v. Wyeth Inc et al |
| 4:05-cv-01933-BRW | Engstrom et al v. Wyeth Inc et al |
| 4:05-cv-01935-BRW | Stevenson v. Wyeth Inc et al |
| 4:05-cv-01936-BRW | Cignotti v. Pharmacia & Upjohn Company LLC et al |
| 4:06-cv-00017-BRW | Hughes v. Wyeth Inc et al |
| 4:06-cv-00024-BRW | Salois v. Wyeth Inc et al |
| 4:06-cv-00028-BRW | Stewart et al v. Wyeth Inc et al |
| 4:06-cv-00044-BRW | Schmid et al v. Wyeth Inc et al |
| 4:06-cv-00049-BRW | Johnson et al v. Wyeth et al |
| 4:06-cv-00052-BRW | Kern et al v. Wyeth et al |
| 4:06-cv-00054-BRW | Grimme et al v. Wyeth Inc et al |
| 4:06-cv-00064-BRW | Norwood et al v. Wyeth et al |
| 4:06-cv-00065-BRW | Hughes et al v. Wyeth et al |
| 4:06-cv-00066-BRW | Mattison et al v. Wyeth et al |
| 4:06-cv-00067-BRW | Brous et al v. Wyeth et al |
| 4:06-cv-00102-BRW | Conza v. Wyeth Inc et al |
| 4:06-cv-00103-BRW | O'Toole v. Wyeth et al |
| 4:06-cv-00120-BRW | Roffman et al v. Wyeth et al |
| 4:06-cv-00138-BRW | Truelsen v. Wyeth Inc et al |
| 4:06-cv-00145-BRW | Fruchtl et al v. Wyeth Inc et al |
| 4:06-cv-00148-BRW | Watson et al v. Wyeth Inc et al |
| 4:06-cv-00149-BRW | Minschew v. Wyeth et al |
| 4:06-cv-00154-BRW | Sochan et al v. Wyeth et al |
| 4:06-cv-00161-BRW | Spivey et al v. Wyeth Inc et al |
| 4:06-cv-00173-BRW | Hart et al v. Wyeth Inc et al |
| 4:06-cv-00184-BRW | Vossler et al v. Wyeth Inc et al |
| 4:06-cv-00207-BRW | Pow et al v. Wyeth et al |
| 4:06-cv-00222-BRW | Miller v. Wyeth et al |
| 4:06-cv-00230-BRW | Chomar v. Wyeth Inc et al |
| 4:06-cv-00232-BRW | Barrett v. Wyeth Inc et al |
| 4:06-cv-00246-BRW | White v. Wyeth et al |
| 4:06-cv-00271-BRW | Purcell et al v. Wyeth et al |
| 4:06-cv-00278-BRW | Witcher et al v. Wyeth et al |
| 4:06-cv-00301-BRW | Didier et al v. Wyeth Inc et al |
| 4:06-cv-00303-BRW | Clark v. Wyeth et al |
| 4:06-cv-00304-BRW | Campbell et al v. Wyeth Inc et al |
| 4:06-cv-00306-BRW | Myles et al v. Wyeth Inc et al |
| 4:06-cv-00308-BRW | Fallman v. Wyeth et al |
| 4:06-cv-00309-BRW | Coppock v. Wyeth et al |

```
4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al
```

```
4:06-cv-00625-BRW    Falcone et al v. Wyeth et al
4:06-cv-00626-BRW    Ryan et al v. Wyeth et al
4:06-cv-00631-BRW    Handshy et al v. Wyeth et al
4:06-cv-00634-BRW    Bowers et al v. Wyeth et al
4:06-cv-00637-BRW    Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW    West et al v. Wyeth et al
4:06-cv-00640-BRW    Moritz v. Wyeth et al
4:06-cv-00642-BRW    Anderson et al v. Wyeth et al
4:06-cv-00643-BRW    Beatty et al v. Wyeth et al
4:06-cv-00644-BRW    Groh et al v. Wyeth et al

4:06-cv-00648-BRW    Troy v. Wyeth et al
4:06-cv-00650-BRW    Jackson v. Wyeth et al
4:06-cv-00651-BRW    Starnes v. Wyeth et al
4:06-cv-00686-BRW    Hunter v. Wyeth et al
4:06-cv-00691-BRW    Robinson v. Wyeth et al

4:06-cv-00693-BRW    Schexnayder v. Wyeth et al
4:06-cv-00694-BRW    Przybysz v. Wyeth et al
4:06-cv-00698-BRW    Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW    Gillette et al v. Wyeth et al
4:06-cv-00700-BRW    Gray et al v. Wyeth et al

4:06-cv-00701-BRW    Miles et al v. Wyeth et al
4:06-cv-00703-BRW    Casteel v. Wyeth et al
4:06-cv-00705-BRW    Harvey v. Wyeth et al
4:06-cv-00706-BRW    Morgan v. Wyeth et al
4:06-cv-00707-BRW    Mercer v. Wyeth et al

4:06-cv-00708-BRW    Brown v. Wyeth et al
4:06-cv-00711-BRW    Fairbairn v. Wyeth et al
4:06-cv-00713-BRW    Glahn v. Wyeth et al
4:06-cv-00724-BRW    Harrison v. Wyeth et al
4:06-cv-00725-BRW    Moody v. Wyeth et al

4:06-cv-00734-BRW    Baker v. Wyeth et al
4:06-cv-00744-BRW    Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW    Schons v. Wyeth et al
4:06-cv-00766-BRW    Kibat v. Wyeth et al
4:06-cv-00767-BRW    Grosor v. Wyeth et al

4:06-cv-00768-BRW    Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW    Taylor v. Wyeth et al
4:06-cv-00778-BRW    Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW    Pedicone v. Wyeth et al
4:06-cv-00786-BRW    Behnke et al v. Wyeth Inc et al
```

```
4:06-cv-00790-BRW   Ulmen v. Wyeth et al
4:06-cv-00791-BRW   Newland v. Wyeth et al
4:06-cv-00792-BRW   Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW   Easley v. Wyeth et al
4:06-cv-00795-BRW   Hodge v. Wyeth et al

4:06-cv-00796-BRW   Klauck v. Wyeth et al
4:06-cv-00798-BRW   Patterson v. Wyeth et al
4:06-cv-00799-BRW   Massey et al v. Wyeth et al
4:06-cv-00802-BRW   Hughes et al v. Wyeth et al
4:06-cv-00804-BRW   Laines v. Wyeth et al

4:06-cv-00808-BRW   Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW   Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW   Jones v. Wyeth Inc et al
4:06-cv-00823-BRW   Reingold v. Wyeth et al
4:06-cv-00824-BRW   Crittenden v. Wyeth et al

4:06-cv-00840-BRW   Peoples v. Wyeth et al
4:06-cv-00852-BRW   Bradley et al v. Wyeth et al
4:06-cv-00854-BRW   Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW   Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW   Whitman v. Wyeth et al

4:06-cv-00875-BRW   Turner v. Wyeth et al
4:06-cv-00885-BRW   Townsend v. Wyeth et al
4:06-cv-00888-BRW   Elliott v. Wyeth et al
4:06-cv-00889-BRW   Hare v. Wyeth et al
4:06-cv-00890-BRW   Olive v. Wyeth et al

4:06-cv-00891-BRW   Hayes v. Wyeth et al
4:06-cv-00894-BRW   Wadkins v. Wyeth et al
4:06-cv-00895-BRW   Portrey v. Wyeth et al
4:06-cv-00896-BRW   Branton v. Wyeth et al
4:06-cv-00897-BRW   McKay v. Wyeth et al

4:06-cv-00901-BRW   Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW   Frazier v. Wyeth et al
4:06-cv-00905-BRW   Gustin v. Wyeth et al
4:06-cv-00906-BRW   Mueller v. Wyeth et al
4:06-cv-00907-BRW   Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW   Long v. Wyeth et al
4:06-cv-00917-BRW   Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW   Schmitt v. Wyeth et al
4:06-cv-00935-BRW   Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW   Huddleston v. Wyeth et al
```

```
4:06-cv-00950-BRW   Morgan v. Wyeth et al
4:06-cv-00955-BRW   Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW   St John et al v. Wyeth et al
4:06-cv-00958-BRW   Griffin v. Wyeth et al
4:06-cv-00964-BRW   Meade v. Wyeth

4:06-cv-00969-BRW   Ennis v. Wyeth et al
4:06-cv-00971-BRW   Howard v. Wyeth et al
4:06-cv-00972-BRW   Cook v. Wyeth et al
4:06-cv-00973-BRW   Labelle v. Wyeth et al
4:06-cv-00974-BRW   Wright v. Wyeth et al

4:06-cv-00976-BRW   Pyle v. Wyeth et al
4:06-cv-00978-BRW   Storch v. Wyeth et al
4:06-cv-00979-BRW   Ray v. Wyeth et al
4:06-cv-00984-BRW   Irwin v. Wyeth et al
4:06-cv-00991-BRW   Fonseca v. Wyeth et al

4:06-cv-00992-BRW   Burns v. Wyeth et al
4:06-cv-01016-BRW   Dold et al v. Wyeth et al
4:06-cv-01020-BRW   Malmstrom v. Wyeth et al
4:06-cv-01024-BRW   Ritchie v. Wyeth et al
4:06-cv-01030-BRW   Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW   Armstrong v. Wyeth et al
4:06-cv-01040-BRW   Fields v. Wyeth et al
4:06-cv-01041-BRW   Watson v. Wyeth et al
4:06-cv-01042-BRW   Smith v. Wyeth et al
4:06-cv-01043-BRW   Samples v. Wyeth et al

4:06-cv-01044-BRW   Adkisson v. Wyeth et al
4:06-cv-01050-BRW   Klocek v. Wyeth et al
4:06-cv-01052-BRW   Pepperdine v. Wyeth et al
4:06-cv-01058-BRW   Bloodgood v. Wyeth et al
4:06-cv-01059-BRW   Thebeau v. Wyeth, et al

4:06-cv-01060-BRW   Dorsett v. Wyeth et al
4:06-cv-01062-BRW   Gray v. Wyeth et al
4:06-cv-01064-BRW   Worley v. Wyeth et al
4:06-cv-01065-BRW   Roach v. Wyeth et al
4:06-cv-01067-BRW   Newhouse v. Wyeth et al

4:06-cv-01068-BRW   Baker v. Wyeth et al
4:06-cv-01070-BRW   Schmick v. Wyeth et al
4:06-cv-01071-BRW   Gant v. Wyeth et al
4:06-cv-01072-BRW   Hawemann v. Wyeth et al
4:06-cv-01075-BRW   Ross v. Wyeth Inc et al
```

4:06-cv-01080-BRW Nelson et al v. Wyeth et al
4:06-cv-01081-BRW Baker v. Wyeth et al
4:06-cv-01086-BRW Campbell v. Wyeth et al
4:06-cv-01092-BRW Ghorley v. Wyeth et al
4:06-cv-01093-BRW Pannell v. Wyeth et al

4:06-cv-01096-BRW Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW Hill v. Wyeth et al
4:06-cv-01118-BRW Gavino v. Wyeth et al
4:06-cv-01121-BRW Frandsen v. Wyeth et al

4:06-cv-01124-BRW Williams v. Wyeth et al
4:06-cv-01126-BRW Hatcher v. Wyeth et al
4:06-cv-01128-BRW Furber v. Wyeth et al
4:06-cv-01129-BRW Edris v. Wyeth et al
4:06-cv-01131-BRW Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW Paradis v. Wyeth et al
4:06-cv-01145-BRW Morris et al v. Wyeth et al
4:06-cv-01163-BRW Burgett v. Wyeth et al
4:06-cv-01164-BRW Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW Jones et al v. Wyeth et al

4:06-cv-01169-BRW Bickel et al v. Wyeth et al
4:06-cv-01171-BRW Merwin et al v. Wyeth et al
4:06-cv-01172-BRW Taylor v. Wyeth et al
4:06-cv-01176-BRW Thrift v. Wyeth et al
4:06-cv-01181-BRW Billeau et al v. Wyeth et al

4:06-cv-01182-BRW Boelk et al v. Wyeth et al
4:06-cv-01183-BRW Flores et al v. Wyeth et al
4:06-cv-01191-BRW Bross v. Wyeth et al
4:06-cv-01199-BRW Ulmer v. Wyeth et al
4:06-cv-01206-BRW Wilson v. Wyeth et al

4:06-cv-01207-BRW Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW George et al v. Wyeth et al
4:06-cv-01210-BRW Seaton et al v. Wyeth et al
4:06-cv-01213-BRW Johnson v. Wyeth et al
4:06-cv-01216-BRW Grindle et al v. Wyeth et al

4:06-cv-01218-BRW Garcia et al v. Wyeth et al
4:06-cv-01221-BRW Brege v. Wyeth et al
4:06-cv-01226-BRW Baena et al v. Wyeth et al
4:06-cv-01229-BRW Weston et al v. Wyeth et al
4:06-cv-01230-BRW Walrod v. Wyeth et al

```
4:06-cv-01232-BRW    Sellepack v. Wyeth et al
4:06-cv-01234-BRW    Roe v. Wyeth et al
4:06-cv-01235-BRW    Roberts v. Wyeth et al
4:06-cv-01236-BRW    Patten v. Wyeth et al
4:06-cv-01237-BRW    Mullins et al v. Wyeth et al

4:06-cv-01239-BRW    Melendez v. Wyeth et al
4:06-cv-01240-BRW    Morgan et al v. Wyeth et al
4:06-cv-01242-BRW    Long et al v. Wyeth et al
4:06-cv-01243-BRW    Killian et al v. Wyeth et al
4:06-cv-01244-BRW    Carll v. Wyeth et al

4:06-cv-01245-BRW    Ayers v. Wyeth et al
4:06-cv-01246-BRW    Mancini v. Wyeth et al
4:06-cv-01247-BRW    Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW    Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW    Hamm v. Wyeth et al

4:06-cv-01251-BRW    McClellan v. Wyeth et al
4:06-cv-01253-BRW    O'Neil v. Wyeth et al
4:06-cv-01258-BRW    Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW    Stamper et al v. Wyeth et al
4:06-cv-01275-BRW    Jansky v. Wyeth et al

4:06-cv-01277-BRW    Dewey v. Wyeth et al
4:06-cv-01281-BRW    Shay v. Wyeth et al
4:06-cv-01283-BRW    Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW    Lantz et al v. Wyeth et al
4:06-cv-01355-BRW    Dane v. Wyeth Inc et al

4:06-cv-01360-BRW    Blevins et al v. Wyeth et al
4:06-cv-01361-BRW    Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW    Darby et al v. Wyeth et al
4:06-cv-01371-BRW    Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW    Kruse et al v. Wyeth et al

4:06-cv-01389-BRW    Martin v. Wyeth Inc et al
4:06-cv-01404-BRW    Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW    Acard v. Wyeth et al
4:06-cv-01416-BRW    Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW    Scherer et al v. Wyeth et al

4:06-cv-01422-BRW    Newman et al v. Wyeth et al
4:06-cv-01424-BRW    Keith v. Wyeth et al
4:06-cv-01454-BRW    Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW    Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW    Henry v. Pfizer Inc et al
```

| | |
|---|---|
| 4:06-cv-01521-BRW | Galloway v. Wyeth et al |
| 4:06-cv-01544-BRW | Romel v. Wyeth et al |
| 4:06-cv-01549-BRW | Baurmash v. Wyeth Inc et al |
| 4:06-cv-01552-BRW | Dougherty v. Wyeth Inc et al |
| 4:06-cv-01554-BRW | Wilson v. Wyeth Inc et al |
| 4:06-cv-01602-BRW | Rister v. Wyeth Inc et al |
| 4:06-cv-01655-BRW | Groethe v. Wyeth et al |
| 4:06-cv-01681-BRW | Ippolito v. Wyeth Inc et al |
| 4:06-cv-01684-BRW | Williams v. Wyeth Inc et al |
| 4:06-cv-01698-BRW | McCandless v. Wyeth et al |
| 4:07-cv-00001-BRW | Addis et al v. Wyeth Inc et al |
| 4:07-cv-00078-BRW | Gattuso v. Wyeth Inc et al |
| 4:07-cv-00096-BRW | Collins v. Wyeth et al |
| 4:07-cv-00104-BRW | Arnold v. Wyeth et al |
| 4:07-cv-00105-BRW | Cox v. Wyeth et al |
| 4:07-cv-00108-BRW | Fuentes v. Wyeth Inc et al |
| 4:07-cv-00115-BRW | Nickence v. Wyeth Inc et al |
| 4:07-cv-00125-BRW | Cook et al v. Wyeth et al |
| 4:07-cv-00127-BRW | Becker v. Wyeth et al |
| 4:07-cv-00128-BRW | Doctors v. Wyeth et al |
| 4:07-cv-00167-BRW | Miller v. Wyeth |
| 4:07-cv-00168-BRW | Gabriel v. Wyeth |
| 4:07-cv-00169-BRW | Llana v. Wyeth et al |
| 4:07-cv-00170-BRW | Godwin v. Wyeth et al |
| 4:07-cv-00182-BRW | Howard v. Wyeth et al |
| 4:07-cv-00188-BRW | Vara et al v. Wyeth et al |
| 4:07-cv-00190-BRW | Podesta v. Wyeth et al |
| 4:07-cv-00226-BRW | Martinez v. Wyeth et al |
| 4:07-cv-00230-BRW | Read v. Wyeth et al |
| 4:07-cv-00248-BRW | Lawson v. Wyeth et al |
| 4:07-cv-00293-BRW | Fegley v. Wyeth et al |
| 4:07-cv-00295-BRW | Infinger et al v. Wyeth Inc et al |
| 4:07-cv-00313-BRW | Fitzner v. Wyeth et al |
| 4:07-cv-00322-BRW | Moe v. Wyeth et al |
| 4:07-cv-00325-BRW | Mullins et al v. Wyeth et al |
| 4:07-cv-00336-BRW | Gilley v. Wyeth et al |
| 4:07-cv-00431-BRW | Keane et al v. Pfizer Inc et al |
| 4:07-cv-00456-BRW | Marshall v. Wyeth et al |
| 4:07-cv-00465-BRW | Wagner v. Wyeth et al |
| 4:07-cv-00466-BRW | Swanson v. Wyeth et al |

4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW   Ranallo v. Wyeth et al
4:08-cv-00045-BRW   Mongeon v. Wyeth et al
4:08-cv-00054-BRW   Asbury v. Wyeth et al
4:08-cv-00055-BRW   D'Andrea v. Wyeth et al
4:08-cv-00063-BRW   McCall v. Wyeth Inc et al

4:08-cv-00080-BRW   Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW   Rutledge v. Wyeth et al
4:08-cv-00113-BRW   Gaw v. Wyeth et al
4:08-cv-00125-BRW   Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW   Beier v. Wyeth et al

4:08-cv-00135-BRW   Marsa v. Wyeth et al
4:08-cv-00173-BRW   Wilkerson v. Wyeth et al
4:08-cv-00177-BRW   Willis v. Wyeth et al
4:08-cv-00178-BRW   McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW   Mink v. Wyeth Inc et al

4:08-cv-00186-BRW   Pecci v. Wyeth et al
4:08-cv-00192-BRW   Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW   Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW   Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW   Dake v. Pfizer Inc et al

4:08-cv-00248-BRW   Cottrell v. Wyeth et al
4:08-cv-00251-BRW   Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW   Garfinkle v. Wyeth et al
4:08-cv-00256-BRW   Singleton v. Wyeth et al
4:08-cv-00258-BRW   Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW   Tucker v. Wyeth et al
4:08-cv-00263-BRW   Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW   Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW   Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW   Joffrion v. Wyeth et al

4:08-cv-00289-BRW   Hill v. Wyeth et al
4:08-cv-00296-BRW   Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW   Ogens v. Wyeth et al
4:08-cv-00310-BRW   Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW   Duke v. Wyeth et al

4:08-cv-00312-BRW   Brinkley v. Wyeth et al
4:08-cv-00313-BRW   Case v. Wyeth et al
4:08-cv-00314-BRW   Deavers v. Wyeth et al
4:08-cv-00322-BRW   Martin v. Wyeth et al
4:08-cv-00330-BRW   Reed v. Wyeth et al

4:08-cv-00332-BRW   Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW   Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW   Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW   Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW   Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW   Grace v. Wyeth et al
4:08-cv-00396-BRW   Trost v. Wyeth et al
4:08-cv-00418-BRW   Zidlick v. Wyeth et al
4:08-cv-00420-BRW   Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW   Hall v. Wyeth et al

4:08-cv-00445-BRW   Sharp et al v. Wyeth et al
4:08-cv-00461-BRW   Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW   Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW   Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW   Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW   Harrison et al v. Wyeth et al
4:08-cv-00554-BRW   Miller v. Wyeth et al
4:08-cv-00565-BRW   Lowe v. Wyeth et al
4:08-cv-00605-BRW   Stedman et al v. Wyeth et al
4:08-cv-00625-BRW   Stoe et al v. Wyeth et al

4:08-cv-00632-BRW   Sauer et al v. Wyeth et al
4:08-cv-00678-BRW   Harwell v. Wyeth et al
4:08-cv-00693-BRW   Erger v. Wyeth et al
4:08-cv-00776-BRW   Carpenter v. Wyeth et al
4:08-cv-00859-BRW   Mills v. Wyeth et al

4:08-cv-00863-BRW   Savage v. Wyeth et al
4:08-cv-00867-BRW   Camp v. Wyeth et al
4:08-cv-00869-BRW   Touchstone v. Wyeth et al
4:08-cv-00872-BRW   Scholl v. Wyeth et al
4:08-cv-00874-BRW   Valovich v. Wyeth et al

4:08-cv-00923-BRW   Williams v. Wyeth Inc et al
4:08-cv-01079-BRW   Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW   Bogler v. Wyeth et al
4:08-cv-01086-BRW   Haber v. Wyeth et al
4:08-cv-01161-BRW   Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW   Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW   Steinhardt v. Wyeth et al
4:08-cv-01195-BRW   Pruett et al v. Wyeth et al
4:08-cv-01211-BRW   Bot v. Wyeth et al
4:08-cv-01246-BRW   Shaker v. Wyeth et al

4:08-cv-01250-BRW   McCann v. Wyeth et al
4:08-cv-01284-BRW   Andres et al v. Wyeth et al
4:08-cv-01297-BRW   Lunde et al v. Wyeth
4:08-cv-01310-BRW   Daher v. Wyeth et al
4:08-cv-01316-BRW   Perez v. Wyeth Inc

4:08-cv-01361-BRW   Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW   Jones v. Wyeth et al
4:08-cv-01414-BRW   Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW   Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW   Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW   Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW   Bortel v. Wyeth et al
4:08-cv-01445-BRW   Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW   Griesing v. Wyeth et al
4:08-cv-01447-BRW   Hoffman v. Wyeth et al

4:08-cv-01448-BRW   Kelly v. Wyeth et al
4:08-cv-01449-BRW   Larson v. Wyeth et al
4:08-cv-01522-BRW   Adkins v. Wyeth et al
4:08-cv-01548-BRW   Olson v. Wyeth et al
4:08-cv-01552-BRW   Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW   Francis v. Pfizer Inc et al
4:08-cv-01815-BRW   Love v. Wyeth Inc et al
4:08-cv-01817-BRW   Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW   Ruggles v. Wyeth et al
4:08-cv-01819-BRW   Martino et al v. Wyeth et al

4:08-cv-01820-BRW   Green et al v. Wyeth et al
4:08-cv-01821-BRW   Geyer et al v. Wyeth et al
4:08-cv-01833-BRW   Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW   Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW   Gray et al v. Wyeth et al

4:08-cv-01840-BRW   Reed et al v. Wyeth et al
4:08-cv-01841-BRW   Fox v. Wyeth et al
4:08-cv-01842-BRW   Bowling v. Wyeth et al
4:08-cv-01858-BRW   Long v. Wyeth et al
4:08-cv-01859-BRW   Surenyan v. Wyeth et al

4:08-cv-01863-BRW   Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW   Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW   McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW   McClain v. Wyeth Inc et al
4:08-cv-01883-BRW   Micheletti et al v. Wyeth Inc et al